*Ruth M. Pollack, Esq.  Sui Juris*
*21 West Second Street · Suite 13*
*Post Office Box 120*
*Riverhead, New York 11901*
*Tel. 631-591-3160*
*Fax.631-591-3162*
*<u>ruth@ruthmpollackesq.com</u>*

November 14, 2009

Judge Denny Chin
Chambers
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Grievance Committee v. Pollack, 09-cv-07570-DC</u>

Dear Judge Chin:

The above case is currently before this Court.  I respectfully write this letter and ask that it be accepted as a sur-reply based upon newly-discovered material just made public by the New York State Comptroller and published in <u>Newsday</u> on November 11, 2009.  A copy of the <u>Newsday</u> article, "State Audits Critical of 2 Districts", the Auditor's Summary of the Audit Report District 24, and Corrective Action Plan and Response issued on November10, 2009 are annexed hereto.

I respectfully submit that this official information is material and relevant to my having been suspended by both state and federal grievance committees in retaliation for my having reported to the District Court and public officials extensive misappropriation of state and federal funds in this school district since 2005.  My client Mr. Kevin Chesney and I complained about the docket tampering and file destruction in his disability case against Valley Stream U.F.S.D. No. 24 from 2006 to date.  That situation has not been remedied. We have reported the excessive use of multiple law firms on one case.  We have sought official investigations of this fraud from federal, state, and local officials.

It is my sincere belief that this report, which confirms the deliberate missapropriation of millions of dollars in state and federal public reserve funds, is connected to the events underlying my removal case.   It is for this reason that I place it before this Court.

1

*Kevin's copy*